2nd Amendment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jesse Daniel Robards
Tamara Lashay Robards
Plaintiff(s),

v. Amendment to list

Samantha Franko
Defendant(s)
Park West Med 4 Amendment

Case Number 2:24-cv-00052
Judge Waverly D. Crenshaw
Magistrate Judge _____

Cause 42 1983

Injunctive & Damages
(Type of Pleading)

# Defendant Samantha Franko DCS 2600 Western Ave Knoxville TW 37921

On November 21, 2022 Samantha Franko did in fact violate Jesse Robards, Tamara Robards, and Trayton Robards clearly established rights, 4th, 14th & 8th admendments to the United States Constitution. Samantha Franko acting under color of the law became a willing participant in this conspiracy on 11 21, 2022 where as her conduct was that of a leader organizer to deprive these parents of their clearly established rights to have control and / custody of their New Born child Trayton D. Robards. She Took part in

the kidnapping of T.O.R. all acting under color of the law. She violates the aforementioned 14th Amendment right to due process, and moreover, violates Jesse Robards 4th admendment rights against illegal search & seizure a clearly established right.

*Jesse Robards*
*Tamara L Robards*

Park West Medical Center
9852 Park West Blvd
Knoxville TN 37923
PH (865) 373-1000

On November 21, 2022 Park West Medical Center deprives Jesse David Robards & Tamara Lashea Robards in addition Trayton O. Robards of their clearly established 4th & 14th Amendment rights by entering into this conspiracy against these parent willingfully that deprives parent of their clearly established rights to have control & custody of their child.

_____
(Signature)
Tamara Roberts
_____
(Print Name)
Jesse O. Roberts
Tamara L. Roberts
510 Country Wood Lane
(Address & Telephone Number, if any)
Gainesboro TN 38562

PH (865) 315 2507